IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HUMANSCALE CORPORATION | § § § |
| Plaintiff, | § Case No. 1:12-cv-5988-AKH |
| v. | § § § |
| MASS ENGINEERED DESIGN, INC., *et al.* | § § § |
| Defendants. | § § § |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Defendants Mass Engineered Design, Inc. and Jerry Moscovitch.

Dated: January 14, 2013　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　/s/ Benjamin Levi
　　　　　　　　　　　　　　　　　　　　Benjamin Levi
　　　　　　　　　　　　　　　　　　　　Date of Admission: 03/27/2001
　　　　　　　　　　　　　　　　　　　　McKool Smith, P.C.
　　　　　　　　　　　　　　　　　　　　1999 K Street NW, Suite 600
　　　　　　　　　　　　　　　　　　　　Washington, D.C. 20006
　　　　　　　　　　　　　　　　　　　　Tel: (202) 370-8300
　　　　　　　　　　　　　　　　　　　　Fax: (202) 370-8344
　　　　　　　　　　　　　　　　　　　　blevi@mckoolsmith.com

　　　　　　　　　　　　　　　　　　　　**ATTORNEY FOR DEFENDANTS**
　　　　　　　　　　　　　　　　　　　　**MASS ENGINEERED DESIGN, INC.**
　　　　　　　　　　　　　　　　　　　　**AND JERRY MOSCOVITCH**

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was electronically filed on January 14, 2013, with the Clerk of Court using the CM/ECF system, and a copy of this document was served on the following as indicated:

    Adam Roger Steinert
    Fredrikson & Byron P.A.
    200 South Sixth Street, Suite 4000
    Minneapolis, MN 55402
    E-mail: Asteinert@fredlaw.com
    **(VIA ELECTRONIC MAIL)**

    Jason Scott Charkow
    Winston & Strawn LLP (NY)
    200 Park Avenue
    New York, NY 10166
    E-mail: Jcharkow@winston.com
    **(VIA ELECTRONIC MAIL)**

    Scott Richard Samay
    Winston & Strawn LLP (NY)
    200 Park Avenue
    New York, NY 10166
    E-mail: Ssamay@winston.com
    **(VIA ELECTRONIC MAIL)**

    /s/ Benjamin Levi
    Benjamin Levi
    McKool Smith, P.C.
    1999 K Street NW, Suite 600
    Washington, D.C. 20006
    Tel: (202) 370-8300
    Fax: (202) 370-8344
    blevi@mckoolsmith.com

    **ATTORNEY FOR DEFENDANTS**
    **MASS ENGINEERED DESIGN, INC.**
    **AND JERRY MOSCOVITCH**