IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HUMANSCALE CORPORATION | § |
| Plaintiff, | § Case No. 1:12-cv-5988-AKH |
| v. | § |
| MASS ENGINEERED DESIGN, INC., *et al.* | § |
| Defendants. | § |

# DEFENDANT MASS ENGINEERED DESIGN, INC.'S AND JERRY MOSCOVITCH'S JOINT MOTION TO DISMISS PLAINTIFF' COMPLAINT

Pursuant to Federal Rules of Civil Procedure 12(b)(2), 12(b)(3), and 12(b)(5), Defendants Mass Engineered Design, Inc. ("MASS") and Jerry Moscovitch, by and through their counsel, hereby moves to dismiss the above-captioned action with prejudice for lack of personal jurisdiction, improper venue, and insufficient service of process.

Defendants Mass Engineered Design, Inc. and Jerry Moscovitch appear specially for purposes of this Motion only, and dispute this Court's personal jurisdiction and service of process in this matter. The grounds for the Defendants' Motion are set forth in the accompanying Memorandum of Law filed herewith. For the reasons appearing therein, Defendants respectfully requests the Motion to Dismiss Plaintiff's Complaint be granted and Plaintiff's Complaint be dismissed in its entirety.

| | |
|---|---|
| Dated: January 14, 2013 | Respectfully Submitted, |

                                        /s/ *Benjamin Levi*
                                        Benjamin Levi
                                        blevi@mckoolsmith.com
                                        McKool Smith, P.C.
                                        1999 K Street NW, Suite 600
                                        Washington, D.C. 20006
                                        Tel: (202) 370-8300
                                        Fax: (202) 370-8344

                                        **ATTORNEY FOR DEFENDANTS MASS ENGINEERED DESIGN, INC. AND JERRY MOSCOVITCH**

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was electronically filed on January 14, 2013, with the Clerk of Court using the CM/ECF system, and a copy of this document was served on the following as indicated:

> Adam Roger Steinert
> Fredrikson & Byron P.A.
> 200 South Sixth Street, Suite 4000
> Minneapolis, MN 55402
> E-mail: Asteinert@fredlaw.com
> **(VIA ELECTRONIC MAIL)**
>
> Jason Scott Charkow
> Winston & Strawn LLP (NY)
> 200 Park Avenue
> New York, NY 10166
> E-mail: Jcharkow@winston.com
> **(VIA ELECTRONIC MAIL)**
>
> Scott Richard Samay
> Winston & Strawn LLP (NY)
> 200 Park Avenue
> New York, NY 10166
> E-mail: Ssamay@winston.com
> **(VIA ELECTRONIC MAIL)**

/s/ *Benjamin Levi*
Benjamin Levi
blevi@mckoolsmith.com
McKool Smith, P.C.
1999 K Street NW, Suite 600
Washington, D.C. 20006
Tel: (202) 370-8300
Fax: (202) 370-8344

**ATTORNEY FOR DEFENDANTS**
**MASS ENGINEERED DESIGN, INC. AND**
**JERRY MOSCOVITCH**