| | | |
|---|---|---|
| | § | |
| **HUMANSCALE CORPORATION,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Case No. 1:12-cv-05988-AKH** |
| | § | |
| **MASS ENGINEERED DESIGN, INC.,** | § | |
| **AND JERRY MOSCOVITCH** | § | |
| | § | |
| **Defendants.** | § | |
| | § | |
| | § | |
| | § | |
| | § | |

## JOINT REQUEST FOR ADJOURNMENT OF CASE MANAGEMENT CONFERENCE AND CONTINUATION OF RETURN DATE FOR DEFENDANTS' PENDING RULE 12 MOTION TO DISMISS TO THE EXTENT IT RELATES TO JURISDICTION

Pursuant to the Court's Notice of Conference dated October 10, 2012, and Judge Hellerstein's Individual Rule 1.D, the parties jointly, through their undersigned counsel, request to adjourn the Rule 16 Case Management Conference in the above-captioned matter, which is currently scheduled for January 25, 2013, until such time as the Court has had the opportunity to rule on Defendants' pending Rule 12 motion. (Docket No. 17). The parties also jointly request that the return date and briefing schedule for Defendants' Rule 12 motion, to the extent it relates to jurisdiction and venue, be continued until such time as Defendants' Rule 12 motion, as it relates to service, has been ruled upon—allowing also a period thereafter for the completion of jurisdictional discovery, if necessary.

Counsel for the parties have conferred and agree that Defendants' Rule 12 motion presents a threshold issue of whether service has been effective, and respectfully request that the

McKool 855143v2

Court decide this issue prior to the remaining issues in Defendants' motion to dismiss relating to jurisdiction and venue. If the Court rules that Plaintiff's attempted service on Defendants is effective, the parties further agree and would respectfully request that the Court thereafter allow for a period of jurisdictional discovery to assist in resolution of the remaining issues in Defendants' motion. Counsel are prepared to provide the Court with proposals regarding the scope and timing of jurisdictional discovery either at oral argument regarding the issue of service or at any other time the Court deems convenient.

In accord with the Court's Individual Rule 1.D, counsel for the parties further state that the case management conference has been previously adjourned by the Court to January 25, 2013 on Plaintiff's unopposed request.

Dated: January 18, 2013                                    Respectfully Submitted,


/s/ Adam R. Steinert                                      /s/ Brandon M. Jordan
Scott R. Samay                                           Benjamin Levi
ssamay@winston.com                                       blevi@mckoolsmith.com
Jason S. Charkow                                         Brandon Jordan (*Appearing Pro Hac Vice*)
jcharkow@winston.com                                     bjordan@mckoolsmith.com
Anna Lamut                                               McKool Smith, P.C.
alamut@winston.com                                       1999 K Street NW, Suite 600
WINSTON & STRAWN LLP                                     Washington, D.C. 20006
200 Park Avenue                                          Tel: (202) 370-8300
New York, NY 10166-4193                                  Fax: (202) 370-8344
Telephone: (212) 294-6700
Facsimile: (212) 294-4700                                **ATTORNEYS FOR DEFENDANTS**
                                                         **MASS ENGINEERED DESIGN, INC.**
Adam R. Steinert                                         **AND JERRY MOSCOVITCH**
FREDRIKSON & BYRON, P.A.
200 South Sixth St , Suite 4000
Minneapolis, MN 55042
Telephone: (612) 492-7000
Facsimile: (612) 492-7077
asteinert@fredlaw.com

**ATTORNEYS FOR PLAINTIFF**
**HUMANSCALE CORPORATION**

2

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served via filing with the

Court's ECF system on all counsel of record on Friday, January 18, 2013.

/s/ Brandon M. Jordan
Benjamin Levi
blevi@mckoolsmith.com
Brandon Jordan (*Appearing Pro Hac Vice*)
bjordan@mckoolsmith.com
McKool Smith, P.C.
1999 K Street NW, Suite 600
Washington, D.C. 20006
Tel: (202) 370-8300
Fax: (202) 370-8344

**ATTORNEYS FOR DEFENDANTS**
**MASS ENGINEERED DESIGN, INC.**
**AND JERRY MOSCOVITCH**