UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x

HUMANSCALE CORPORATION,

                Plaintiff,

-against-

MASS ENGINEERED DESIGN, INC., and JERRY MOSCOVITCH,

                Defendants.

------------------------------------------------------------ x



**ORDER TRANSFERRING CASE**

12 Civ. 5988 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

For the reasons stated on the record, I find that I lack personal jurisdiction over Defendants in this case, and I grant Defendants' motion to dismiss. The proper venue for this case is the Eastern District of Virginia, not the Southern District of New York. See 35 U.S.C. § 293. I instruct the clerk to transfer the case and the case file to the Eastern District of Virginia.

The clerk shall mark the motions (Docs. no. 17 and 28) terminated and the case closed.

SO ORDERED.

Dated:    April 23 2013
           New York, New York

                                        ALVIN K. HELLERSTEIN
                                        United States District Judge